O’Donnell, J.,
concurring.
{¶ 5} While I agree that the court should grant reconsideration in this matter, I reluctantly concur in the court’s prospective application of the original decision.
{¶ 6} In my view, as expressed in my dissenting opinion filed in this case, the better course would have been to reverse our holding in this case in its entirety and make no change to the customary practice of preparing a notice of appeal pursuant to statute. Instead, the court has created a new standard that confuses a settled area of law affecting thousands of litigants. However, given the court’s reluctance to reverse its prior holding, I reluctantly concur in the decision to have it apply prospectively. As I noted in my dissenting opinion, I strongly urge the General Assembly to clarify its intent with respect to this important matter.